

## CAUSE NO. 12-18-00024-CV

## IN THE COURT OF APPEALS

## TWELFTH COURT OF APPEALS DISTRICT

## TYLER, TEXAS

| | | |
|---|---|---|
| PATRICIA CARTER, APPELLANT | } | APPEALED FROM COUNTY COURT |
| V. | } | AT LAW NO 1 IN AND FOR |
| DAVID HAYES, APPELLEE | } | ANGELINA COUNTY, TEXAS |

## AMENDED ORDER

Because a determination that Carter must pay court costs requires an oral evidentiary hearing, *see* TEX. R. CIV. P. 145(f)(5), this Court orders the appeal abated and the cause remanded to the trial court.

Upon remand, the trial court is ordered to schedule an oral evidentiary hearing to determine, in accordance with Texas Rule of Civil Procedure 145, whether Carter is unable to afford to pay costs of court.[1] *See* TEX. R. CIV. P. 145(f)(5). The court must give the parties to the contest at least 10 days' notice of the hearing. *See id*. The hearing may be convened utilizing whatever means are necessary and expedient. Following the hearing, the trial court is directed to enter an order that Carter (1) is not required to pay costs of court, (2) pay the part of the court costs she can afford to pay,[2] or (3) must pay court costs. In the event the trial court orders Carter to pay costs, the trial court is further directed to support its order with detailed findings that Carter can afford to pay costs. *See* TEX. R. CIV. P. 145(f)(6).

The trial court shall cause the order to be included in a supplemental clerk's record and to ensure that this supplemental clerk's record be filed with the Clerk of this Court on or before **April 2, 2018**.

**WITNESS** the Honorable James T. Worthen, Chief Justice of the Court of Appeals, 12th Court of Appeals District of Texas, at Tyler.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at my office this 2nd day of March 2018, A.D.



PAM ESTES, CLERK
12th Court of Appeals

_Katrina McClenny_

By:  Katrina McClenny, Chief Deputy Clerk